Mrs. A. N. Brodt and A. N. Brodt, Appellants, v. Langdon, Inc., Appellee.

Gen. No. 42,430.

 opinion filed September 27, 1943. Erwin W. Roemer, for appellants; Milton H. Gray and Charles T. Shanner, of counsel; George D. Sullivan and Mitchell Kilanowski, for appellee; Mitchell Kilanowski, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.